**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
TANYA J BAKER  
              Debtor

Case No: 18-32938-HDH-13

Hearing Date: 11/15/2018

### Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held at **8:30 a.m.** on **11/15/2018** at 105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee 's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:

        1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

    **Debtor:**     TANYA J BAKER, 605 CANYON PLACE, DESOTO, TX  75115
    **Attorney:**  BONNIE LINDSEY JOHNSON LAW OFF, 10830 N CENTRAL EXPWY, SUITE 175, DALLAS, TX  75231
    **Court:**      CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242
    **Trustee:**   TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 18-32938-HDH-13**
**TANYA J BAKER**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

- Debtor: TANYA J BAKER, 605 CANYON PLACE, DESOTO, TX  75115
- Attorney: BONNIE LINDSEY JOHNSON LAW OFF, 10830 N CENTRAL EXPWY, SUITE 175, DALLAS, TX  75231**
- Creditors:
    - AD ASTRA RECOVERY SERVICES, 3607 N RIDGE RD STE 106, WICHITA, KS  67205
    - ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIVISION BANKRUPTC, PO BOX 12548, AUSTIN, TX  78711-2548**
    - CHECK INTO CASH, 445 E FM 1382, CEDAR HILL, TX  75104
    - CHECK N GO, 2205 W I 20, SUITE 400, GRAND PRAIRIE, TX  75052
    - COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV- BANKRUPTCY, PO BOX 13528, AUSTIN, TX  78711
    - COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207**
    - CREDIT SYSTEMS INTERNATIONAL INC, 1277 COUNTRY CLUB INC, FORT WORTH, TX  76112
    - FRANKLIN CREDIT, PO BOX 5147, CAROL STREAM, IL  60197-5147
    - HSBC MORTGAGE SERVICES, PO BOX 5249, CAROL STREAM, IL  60197
    - HUGHES WATTERS & ASKANASE LLP, 333 CLAY SUITE 2900, HOUSTON, TX  77002
    - INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317**
    - INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346**
    - LAW OFFICES OF MICHELLE GHIDOTTI, 1920 OLD TUSTIN AVE, SANTA ANA, CA  92705
    - PERLA DENTAL OF DESOTO, 921W BELTLINE RD, DESOTO, TX  75115
    - PRIME ACCEPTANCE CORP, 200 WEST JACKSON ST, STE 720, CHICAGO, IL  60606
    - RECOVERY SERVICES OF AMERICA, PO BOX 815335, DALLAS, TX  75381
    - T MOBILE T MOBILE USA INC, AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK  73118
    - T MOBILE T MOBILE USA INC, AMERICAN INFOSOURCE LP, PO BOX 248848, OKLAHOMA CITY, OK  73124-8848
    - TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX  78711-3127**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 10/05/2018

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700