OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE:<br>TANYA J BAKER<br>    Debtor | Case No:  18-32938-HDH-13 |

## OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

The Standing Chapter 13 Trustee herein files this Objection to Confirmation to the Plan filed by Debtor and respectful shows the Court as follows:

1. The Debtor may not be able to make all payments under the Plan. Therefore, the Plan may not be feasible per 11 U.S.C. Section 1325(a)(6). The Debtor is delinquent **$1,333.00**. Plan payments are currently $1,333.00.

2. This Objection to Confirmation is supplemental to any other that may have been filed by the Standing Chapter 13 Trustee in this case.

Respectfully submitted,

By: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar No. 16218700
Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been served by me on 11/5/2018 on the parties listed below by United States First Class Mail or via electronic mail:

Debtor: TANYA J BAKER, 605 CANYON PLACE, DESOTO, TX 75115
Attorney: BONNIE LINDSEY JOHNSON LAW OFF, 10830 N CENTRAL EXPWY, SUITE 175, DALLAS, TX 75231**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

Dated:  11/05/2018                    By:  /s/ Thomas D. Powers

                                           Thomas D. Powers