Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                                  CASE NO:  18-32938-HDH-13
TANYA J BAKER
            DEBTOR

**TRUSTEE'S OBJECTION TO CONFIRMATION**

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor is delinquent on Plan payments.
- Debtor alleges contributions will be made by third parties, but has not shown the contributions will be received.  Trustee requests a sworn statement and proof of the ability of daughter to make a monthly contribution of $700.00 as alleged by the Debtor.
- Debtor lists $200 for food for 4 people.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

Respectfully submitted,
THOMAS D. POWERS, CHAPTER 13 TRUSTEE

By: /s/ Tara Tankersley

Tara Tankersley
State Bar No. 19636900
Attorney For Tom Powers
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200
Fax: (214) 965-0758